UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
THE ANNUITY AND HEALTH & WELFARE FUNDS
OF THE UNITED FOOD & COMMERCIAL WORKERS
LOCAL 2013, AFL-CIO BY THEIR TRUSTEES LOUIS
MARK CAROTENUTO and STANLEY FLEISHMAN,

**DEFAULT JUDGMENT**

                          Plaintiffs,

20-CIV-7180 (AKH) (KNF)

-against-

77 DEERHURST CORP. d/b/a SERVCO INDUSTRIES,

                          Defendant.
-------------------------------------------------------------X

      This action was commenced on September 3, 2020 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint was personally served on Defendant 77 DEERHURST CORP. d/b/a SERVCO INDUSTRIES on September 16, 2020, by a process server, personal service upon Deidre Gregory, the managing agent of said Defendant and an individual authorized to accept service, and a proof of service was filed on September 21, 2020, *via* the ECF System and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

      ORDERED, ADJUDGED AND DECREED: That the Plaintiffs have judgment against Defendant 77 DEERHURST CORP. d/b/a SERVCO INDUSTRIES in the amount of $16,660.36 which has been calculated as follows: (1) $11,367.30 in ERISA contributions; (2) $28.33 in interest owed through November 16, 2020; (3) $3.27 in additional interest calculated at the annual rate of 5.25% from November 17, 2020 through November 18, 2020 (the date of Plaintiffs' motion); (4) $2,273.46 in liquidated damages equal to 20% of the

contributions owed; (5) $2,499.00 in attorneys' fees; and (6) $489.00 in costs and disbursements.

Dated: New York, New York
      Nov 20, 2020

SO ORDERED:

_____
The Honorable Alvin K. Hellerstein
Senior United States District Judge

This document was entered on the docket on _____.