UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X

THE ANNUITY AND HEALTH & WELFARE
FUNDS OF THE UNITED FOOD & COMMERCIAL
WORKERS LOCAL 2013, AFL-CIO BY THEIR
TRUSTEES LOUIS MARK CAROTENUTO and
STANLEY FLEISHMAN,

                                                     **NOTICE & ORDER OF**
                                                     **VOLUNTARY DISMISSAL**

                           Plaintiffs,
-against-                                                20-CIV-7180 (AKH) (KNF)

77 DEERHURST CORP. d/b/a SERVCO INDUSTRIES,

                           Defendant.
———————————————————————X

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs THE ANNUITY AND HEALTH & WELFARE FUNDS OF THE UNITED FOOD & COMMERCIAL WORKERS LOCAL 2013, AFL-CIO, by their counsel, BRADY McGUIRE & STEINBERG, P.C., hereby give notice that the above-captioned matter is voluntarily dismissed as against Defendant 77 DEERHURST CORP. d/b/a SERVCO INDUSTRIES.

Dated: Tarrytown, New York
          December 1, 2020

                                         Respectfully submitted,

                                         BRADY McGUIRE & STEINBERG, P.C.

                                         */s/ James M. Steinberg*

                         By:     James M. Steinberg, Esq.
                                 Attorneys for Plaintiffs
                                 303 South Broadway, Suite 234
                                 Tarrytown, New York 10591
                                 (914) 478-4293
                                 james@bradymcguiresteinberg.com

To:     77 Deerhurst Corp. d/b/a Servco Industries
          1315 Blondell Avenue
          Bronx, New York 10461

**SO ORDERED:** /s/ Alvin K. Hellerstein

**Honorable Alvin K. Hellerstein, U.S.D.J.**

12/2/20